**Daryl WALTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 72777.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 21, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 30, 1998.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Appellant, Darryl Walton, appeals the judgment of the Circuit Court of the City of St. Louis wherein it denied his Rule 24.035 motion without an evidentiary hearing after he pled guilty to the class B felony of sale of a controlled substance, RSMo section 195.211 (1994). We affirm.

We have reviewed the briefs of the parties and legal file and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we

affirm the judgment pursuant to Rule 84.16(b).